```
                    FILED
              CLERK, U.S. DISTRICT COURT

                   DEC - 2 2014

              CENTRAL DISTRICT OF CALIFORNIA
              BY              DEPUTY
```

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) SACR14-00042-DOC |
| Plaintiff, | ) ORDER OF DETENTION AFTER |
| | ) HEARING (Fed.R.Crim.P. 32.1(a)(6) |
| v. | ) Allegations of Violations of Probation/ |
| | ) Supervised Release Conditions) |
| JESSE LOPEZ, JR. | ) |
| Defendant. | ) |

    On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

    The court finds no condition or combination of conditions that will reasonably assure:

    (A)  (✓)  the appearance of defendant as required; and/or

    (B)  (✓)  the safety of any person or the community.

//
//

The court concludes:

A.  (✓) Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:

_he will comply with condition of release. Defendant is alleged to have violated release multiple times. Also, defendant has criminal history._

(B)  (✓) Defendant is a flight risk because defendant has not shown by clear and convincing evidence that:

_he will comply with conditions of release or refrain from substance abuse._

IT IS ORDERED that defendant be detained.

DATED: 12/2/14

*(signature)*
SUZANNE H. SEGAL
UNITED STATES MAGISTRATE JUDGE